## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TERRY LOCKLEAR, individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>DOW JONES & COMPANY, INC., a Delaware corporation d/b/a WALL STREET JOURNAL LIVE, )<br><br>Defendant. ) | CIVIL ACTION<br>FILE NO. 1:14-CV-00744-SCJ |

## CONSENT MOTION FOR EXTENSIONS OF TIME
## AND SUPPORTING MEMORANDUM

Defendant Dow Jones & Company, Inc. ("Dow Jones") moves the Court, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an Order extending the time for Dow Jones to answer, move, plead, or otherwise respond to the Complaint filed in this action through and including May 12, 2014. In addition, the parties request an extension of the time under Local Rule 23.1, under which the parties must confer "to determine whether proper management of the case or the interests of putative class members require the entry of an order limiting either the parties or counsel in communications with putative class members."

1

The Plaintiff filed this action on March 13, 2014 and served the Defendant with process in this case on March 20, 2014.  These requests for an extension are made pursuant to Fed. R. Civ. P. 6(b)(1), before the original time periods expire on April 10, 2014.  The Plaintiff, through the undersigned counsel, consents to an extension of the time for the Defendant to answer, move, plead, or otherwise respond to the Complaint through and including May 12, 2014, and the parties jointly request an extension of the time period under Local Rule 23.1 through and including May 12, 2014.  A proposed Order is filed herewith.

Respectfully submitted this 8th day of April, 2014.

/s/ *Richard H. Sinkfield*
Richard H. Sinkfield
Georgia Bar No. 649100
Julia B. Stone
Georgia Bar No. 200070

ROGERS & HARDIN, LLP
2700 International Tower
229 Peachtree Street, NE
Atlanta, Georgia  30303
Telephone: (404) 522-4700
Facsimile: (404) 525-2224
Email: rsinkfield@rh-law.com

*Attorneys for Defendant Dow Jones & Company, Inc.*

Consented to by:

/s/ *Jennifer Auer Jordan*

2

Jennifer Auer Jordan
Georgia Bar No. 027857
THE JORDAN FIRM, LLC
1447 Peachtree Street, N.E., Suite 880
Atlanta, Georgia 30309
Telephone: (404) 445-8400
Facsimile:  (404) 445-8477
Email:  jennifer@thejordanfirm.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TERRY LOCKLEAR, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION |
| v. | ) ) | FILE NO. 1:14-CV-00744-SCJ |
| DOW JONES & COMPANY, INC., a Delaware corporation d/b/a WALL STREET JOURNAL LIVE, | ) ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 5.1, I certify that this pleading complies with the font and point selections set forth in Local Rule 5.1.  This pleading has been prepared using Times New Roman font (14 point).

/s/ *Richard H. Sinkfield*
Richard H. Sinkfield
Georgia Bar No. 649100
Julia B. Stone
Georgia Bar No. 200070

ROGERS & HARDIN, LLP
2700 International Tower
229 Peachtree Street, NE
Atlanta, Georgia  30303
Telephone: (404) 522-4700

1

Facsimile: (404) 525-2224
Email: rsinkfield@rh-law.com

*Attorneys for Defendant Dow Jones & Company, Inc.*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TERRY LOCKLEAR, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION |
| v. | ) ) | FILE NO. 1:14-CV-00744-SCJ |
| DOW JONES & COMPANY, INC., a Delaware corporation d/b/a WALL STREET JOURNAL LIVE, | ) ) ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2014, I electronically filed the within and foregoing "CONSENT MOTION FOR EXTENSIONS OF TIME AND SUPPORTING MEMORANDUM" with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Jennifer Auer Jordan
>jennifer@thejordanfirm.com

This 8th day of April, 2014.

>/s/ Richard H. Sinkfield
>Richard H. Sinkfield
>Georgia Bar No. 649100

1

Julia B. Stone
Georgia Bar No. 200070

ROGERS & HARDIN, LLP
2700 International Tower
229 Peachtree Street, NE
Atlanta, Georgia  30303
Telephone: (404) 522-4700
Facsimile: (404) 525-2224
Email: rsinkfield@rh-law.com

*Attorneys for Defendant Dow Jones & Company, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TERRY LOCKLEAR, individually and on behalf of all others similarly situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>DOW JONES & COMPANY, INC., a Delaware corporation d/b/a WALL STREET JOURNAL LIVE, )<br>)<br>)<br>)<br>Defendant. ) | CIVIL ACTION<br>FILE NO. 1:14-CV-00744-SCJ |

## [PROPOSED] ORDER

The Consent Motion for Extensions of Time and Supporting Memorandum, having been duly considered and for good cause shown, it is hereby ordered as follows:

(1) Defendant Dow Jones & Company, Inc. shall have through and including **May 12, 2014** to answer, move, plead, or otherwise respond to the Complaint in this action; and

(2) The parties shall have through and including **May 12, 2014** to confer under Local Rule 23.1.

SO ORDERED this _____ day of _____, 2014.

1

_____
Honorable Steve C. Jones
United States District Judge