**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| TERRY LOCKLEAR, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:14-cv-00744-SCJ |
| v. | ) ) ) | Honorable Steven C. Jones |
| DOW JONES & COMPANY, INC., | ) ) | |
| Defendant. | ) | |

**DEFENDANT DOW JONES & COMPANY, INC.'S
<u>MOTION TO DISMISS</u>**

Defendant Dow Jones & Company, Inc. ("Dow Jones") hereby moves to dismiss Plaintiff's Class Action Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted and pursuant to Rule 12(b)(1) for lack of standing.  As explained in the accompanying memorandum filed contemporaneously with this Motion, Plaintiff's single-count Complaint fails for three independent reasons.  First, based on the Complaint's allegations, there is no disclosure by Dow Jones of "personally identifiable information" in violation of the Video Privacy Protection Act, 18 U.S.C. § 2710.  Second, the Complaint fails to allege Plaintiff is a

"consumer" covered by the Act's defined terms.  Third, the Complaint fails to plead Plaintiff suffered an injury sufficient to confer standing to sue for a violation of the Act.

For these reasons, and those explained in the accompanying Memorandum, Defendant Dow Jones & Company, Inc. respectfully requests that this Court dismiss this action with prejudice, and award any other relief that this Court deems just.

Dated: May 12, 2014                     Respectfully submitted by,

                                         /s/ Richard H. Sinkfield

| | |
|---|---|
| Richard H. Sinkfield | Natalie J. Spears |
| Georgia Bar No. 649100 | Anthony T. Eliseuson |
| Julia B. Stone | Kristen C. Rodriguez |
| Georgia Bar No. 200070 | DENTONS US LLP |
| ROGERS & HARDIN, LLP | 233 South Wacker Drive |
| 2700 International Tower | Suite 7800 |
| 229 Peachtree Street, NE | Chicago, Illinois 60606 |
| Atlanta, Georgia 30303 | (312) 876-8000 |
| Telephone: (404) 522-4700 | (312) 876-7934 (fax) |
| Facsimile: (404) 525-2224 | natalie.spears@dentons.com |
| rsinkfield@rh-law.com | anthony.eliseuson@dentons.com |
| jstone@rh-law.com | kristen.rodriguez@dentons.com |

*Attorneys for Defendant Dow Jones & Company, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TERRY LOCKLEAR, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| ) | CIVIL ACTION |
| v.  ) | FILE NO. 1:14-CV-00744-SCJ |
| ) | |
| DOW JONES & COMPANY, INC., a Delaware corporation d/b/a WALL STREET JOURNAL LIVE ) ) ) ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2014, I electronically filed the foregoing Dow Jones & Company, Inc.'s Motion to Dismiss with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Jennifer Auer Jordan
THE JORDAN FIRM, LLC
1447 Peachtree Street, N.E., Suite 880
Atlanta, GA 40409
jennifer@thejordanfirm.com

Jay Edelson
Rafey S. Balabanian
James Dominick Larry
Benjamin H. Richman
EDELSON P.C.

350 North LaSalle Drive
Chicago, IL 60654
jedelson@edelson.com
rbalabanian@edelson.com
nlarry@edelson.com
brichman@edelson.com

                                                                                    /s/ Richard H. Sinkfield
                                                                                     Richard H. Sinkfield
                                                                                    Georgia Bar No. 649100

ROGERS & HARDIN LLP                  *Counsel for Defendant*
2700 International Tower                   *Dow Jones & Company, Inc.*
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
Telephone:  404-522-4700
Facsimile:  404-525-2224

2