IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TERRY LOCKLEAR, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>DOW JONES & COMPANY, INC.,<br><br>      Defendant. | Case No. 1:14-cv-00744-SCJ<br><br>Honorable Steve C. Jones |

**DEFENDANT DOW JONES & COMPANY, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to N.D. Ga. Local Rule 3.3 and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Dow Jones & Company, Inc. ("Dow Jones") hereby submits this Certificate of Interested Persons and Corporate Disclosure Statement.

(1)     The undersigned counsel of record for Dow Jones certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    (a)     Plaintiff Terry Locklear.

    (b)     Defendant Dow Jones is a Delaware corporation with its principal place of business in New York.  News Corporation, a publicly held company, is the indirect

parent corporation of Dow Jones.  Ruby Newco, LLC, a subsidiary of News Corporation and a non-publicly held company, is the direct parent of Dow Jones.  No publicly held company directly owns 10% or more of the stock of Dow Jones.  News Corporation has no parent company and no publicly held company owns 10% or more of its shares.

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

   (a)   Plaintiff:  Unknown to Dow Jones.

   (b)   Dow Jones:   Illinois National Insurance Company (AIG).

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

   (a)   Plaintiff:  Jennifer Auer Jordan, Jay Edelson, Rafey S. Balabanian, Benjamin H. Richman, and James Dominick Larry.

   (b)   Dow Jones:  Natalie Spears, Anthony Eliseuson, Kristen Rodriguez, Richard H. Sinkfield, and Julia B. Stone.

| | |
|---|---|
| Dated:   May 12, 2014 | Respectfully submitted by, |
| | /s/ Richard H. Sinkfield |

| | |
|---|---|
| Richard H. Sinkfield | Natalie J. Spears |
| Georgia Bar No. 649100 | Anthony T. Eliseuson |
| Julia B. Stone | Kristen C. Rodriguez |
| Georgia Bar No. 200070 | DENTONS US LLP |
| ROGERS & HARDIN, LLP | 233 South Wacker Drive |
| 2700 International Tower | Suite 7800 |
| 229 Peachtree Street, NE | Chicago, Illinois 60606 |
| Atlanta, Georgia 30303 | (312) 876-8000 |
| Telephone: (404) 522-4700 | (312) 876-7934 (fax) |
| Facsimile: (404) 525-2224 | natalie.spears@dentons.com |
| rsinkfield@rh-law.com | anthony.eliseuson@dentons.com |
| jstone@rh-law.com | kristen.rodriguez@dentons.com |

*Attorneys for Defendant Dow Jones & Company, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TERRY LOCKLEAR, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v.  ) | FILE NO. 1:14-CV-00744-SCJ |
| ) | |
| DOW JONES & COMPANY, INC., a Delaware corporation d/b/a WALL STREET JOURNAL LIVE ) ) ) ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2014, I electronically filed the foregoing Defendant Dow Jones & Company, Inc.'s Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Jennifer Auer Jordan
THE JORDAN FIRM, LLC
1447 Peachtree Street, N.E., Suite 880
Atlanta, GA 40409
jennifer@thejordanfirm.com

Jay Edelson
Rafey S. Balabanian
James Dominick Larry

- 1 -

- 2 -

Benjamin H. Richman
EDELSON P.C.
350 North LaSalle Drive
Chicago, IL 60654
jedelson@edelson.com
rbalabanian@edelson.com
nlarry@edelson.com
brichman@edelson.com

ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
Telephone:  404-522-4700
Facsimile:   404-525-2224

  /s/ Richard H. Sinkfield
 Richard H. Sinkfield
Georgia Bar No. 649100
*Counsel for Defendant*
*Dow Jones & Company, Inc.*

- 2 -