IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TERRY LOCKLEAR, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DOW JONES & COMPANY, INC.,<br><br>*Defendant*. | Case No. 1:14-cv-00744-SCJ<br>Honorable Steve C. Jones |

## CONSENT MOTION FOR LEAVE TO TO FILE OVERSIZED BRIEFS

Plaintiff Terry Locklear ("Plaintiff") and Defendant Dow Jones & Company, Inc. ("Dow Jones"), by and through their undersigned counsel, hereby move pursuant to Local Rule 7.1(D), for leave to file Plaintiff's Response in Opposition to Defendant's Motion to Dismiss in excess of the Court's 25-page limit and Defendant's Reply in Support of Motion to Dismiss in excess of the Court's 15-page limit. In support of the instant motion, the parties state as follows:

1.  On June 2, 2014, Plaintiff filed her First Amended Class Action Complaint and Demand for Jury Trial (the "Complaint"). (Dkt. 18.)

2.  On June 23, 2014, Dow Jones filed its Motion to Dismiss Plaintiff's

1

Complaint (the "Motion") pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (Dkt. 21.)

3. In its Motion, Defendant raised several complex legal and factual issues regarding the adequacy of Plaintiff's Complaint.

4. In order to adequately address those arguments, Plaintiff requires an additional five (5) pages beyond the limits specified by Local Rule 7.1(D) and Dow Jones does not object provided that it also receives an additional five (5) pages for its Reply.

5. The relief requested herein is not sought for any improper purpose and in light of the foregoing, good cause exists to grant the instant motion.

6. Attached hereto as Exhibit A is a true and accurate copy of Plaintiff's proposed Response in Opposition to Defendant's Motion to Dismiss.

WHEREFORE, the Parties respectfully stipulate and request that the Court enter an Order (i) granting Plaintiff leave to file an opposition brief in response to Defendant's pending Motion to Dismiss in excess of twenty-five, and no greater than thirty, pages, *instanter*; (ii) granting Defendant leave to file its reply in support of its pending Motion to Dismiss in excess of fifteen, and no greater than twenty, pages; and (iii) providing such other and further relief as the Court deems

reasonable and just.[1]

Respectfully submitted, this July 21, 2014.

s/ J. Dominick Larry

Rafey S. Balabanian (*pro hac vice*)
rbalabanian@edelson.com
Benjamin H. Richman (*pro hac vice*)
brichman@edelson.com
J. Dominick Larry (*pro hac vice*)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Tel: 312.589.6370
Fax: 312.589.6378

Jennifer Auer Jordan
Georgia Bar No. 027857
jennifer@thejordanfirm.com
THE JORDAN FIRM, LLC
1447 Peachtree Street, N.E., Suite 880
Atlanta, GA 30309
Tel: 404.445.8400
Fax: 404.445.8477

*Attorneys for Plaintiff Terry Locklear and the Putative Class*

---

[1] A Proposed Order is attached hereto as Exhibit B.

s/ Anthony Eliseuson

Richard H. Sinkfield
Georgia Bar No. 649100
rsinkfield@rh-law.com
Julia B. Stone
Georgia Bar No. 200070
jstone@rh-law.com
ROGERS & HARDIN, LLP
2700 International Tower
229 Peachtree Street, NE
Atlanta, Georgia 30303
Telephone: (404) 522-4700
Facsimile: (404) 525-2224

Natalie J. Spears
natalie.spears@dentons.com
Anthony T. Eliseuson
anthony.eliseuson@dentons.com
Kristen C. Rodriguez
kristen.rodriguez@dentons.com
DENTONS US LLP
Suite 7800
Chicago, Illinois 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934

***Attorneys for Defendant Dow Jones & Company, Inc.***

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel for Plaintiff certifies that the pleading has been prepared in Times New Roman, 14-point type, which is of the font selections approved by the Court in Local Rule 5.1(B).

s/ J. Dominick Larry

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2014, I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ J. Dominick Larry