IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TERRY LOCKLEAR, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:14-cv-00744-SCJ |
| v. ) ) ) ) | Honorable Steven C. Jones |
| DOW JONES & COMPANY, INC., ) ) | |
| Defendant. ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

In further support of its pending Motion to Dismiss (Doc. 14), Defendant, Dow Jones & Company, Inc., hereby submits the Opinion and Order issued by Judge Thrash in *Ellis v. The Cartoon Network, Inc.*, Case No. 14-cv-484 (N.D. Georgia) on October 8, 2014, a copy of which is attached as Exhibit 1.

| | |
|---|---|
| Dated: October 9, 2014 | Respectfully submitted, /s/ Richard H. Sinkfield |
| Natalie J. Spears<br>Anthony T. Eliseuson<br>Kristen C. Rodriguez<br>DENTONS US LLP<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, Illinois 60606<br>Telephone: (312) 876-8000<br>Facsimile: (312) 876-7934<br>natalie.spears@dentons.com | Richard H. Sinkfield<br>Georgia Bar No. 649100<br>Julia B. Stone<br>Georgia Bar No. 200070<br>ROGERS & HARDIN, LLP<br>2700 International Tower<br>229 Peachtree Street, NE<br>Atlanta, Georgia 30303<br>Telephone: (404) 522-4700<br>Facsimile: (404) 525-2224 |

anthony.eliseuson@dentons.com  
kristen.rodriguez@dentons.com

rsinkfield@rh-law.com  
jstone@rh-law.com

*Attorneys for Defendant Dow Jones & Company, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TERRY LOCKLEAR, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) ) v. ) ) DOW JONES & COMPANY, INC., a ) Delaware corporation d/b/a WALL ) STREET JOURNAL LIVE ) ) Defendant. ) | CIVIL ACTION FILE NO. 1:14-CV-00744-SCJ |

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2014, I electronically filed the foregoing Notice of Supplemental Authority with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Jennifer Auer Jordan
THE JORDAN FIRM, LLC
1447 Peachtree Street, N.E., Suite 880
Atlanta, GA 40409
jennifer@thejordanfirm.com

Jay Edelson
Rafey S. Balabanian
James Dominick Larry
Benjamin H. Richman
EDELSON P.C.
350 North LaSalle Drive
Chicago, IL 60654

jedelson@edelson.com
rbalabanian@edelson.com
nlarry@edelson.com
brichman@edelson.com

        /s/ Richard H. Sinkfield
        Richard H. Sinkfield
        Georgia Bar No. 649100

ROGERS & HARDIN LLP      *Counsel for Defendant*
2700 International Tower     *Dow Jones & Company, Inc.*
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
Telephone:  404-522-4700
Facsimile:   404-525-2224

83002437\V-1