IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TERRY LOCKLEAR, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:14-cv-00744-MHC |
| | ) |
| v. | )<br>) |
| | ) Honorable Mark H. Cohen |
| | ) |
| DOW JONES & COMPANY, INC., | )<br>) |
| Defendant. | ) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

In further support of its pending Motion to Dismiss Plaintiff's Amended Complaint (Doc. 14), and in addition to the previously submitted supplemental authority of *Ellis v. The Cartoon Network, Inc.*, Case No. 14-cv-484 (N.D. Ga. Oct. 8, 2014) (Thrash, J.) (dismissing amended complaint with prejudice) (Doc. 27), Defendant, Dow Jones & Company, Inc., hereby submits the Order issued in *Eichenberger v. ESPN, Inc.*, Case No. C14-463 (W.D. Washington), on November 24, 2014, a copy of which is attached as Exhibit 1.

Dated: November 26, 2014                Respectfully submitted,
                                        /s/ Richard H. Sinkfield

Natalie J. Spears                       Richard H. Sinkfield
Anthony T. Eliseuson                    Georgia Bar No. 649100

| | |
|---|---|
| Kristen C. Rodriguez | Julia B. Stone |
| DENTONS US LLP | Georgia Bar No. 200070 |
| 233 South Wacker Drive | ROGERS & HARDIN, LLP |
| Suite 7800 | 2700 International Tower |
| Chicago, Illinois 60606 | 229 Peachtree Street, NE |
| Telephone: (312) 876-8000 | Atlanta, Georgia 30303 |
| Facsimile: (312) 876-7934 | Telephone: (404) 522-4700 |
| natalie.spears@dentons.com | Facsimile: (404) 525-2224 |
| anthony.eliseuson@dentons.com | rsinkfield@rh-law.com |
| kristen.rodriguez@dentons.com | jstone@rh-law.com |

*Attorneys for Defendant Dow Jones & Company, Inc.*

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing has been formatted in Times New Roman font (14 point), which complies with the font and size requirements of Local Rule 5.1(C).

This 26th day of November, 2014.

                                      /s/ Richard H. Sinkfield
                                      Richard H. Sinkfield
                                      Georgia Bar No. 649100

ROGERS & HARDIN LLP
2700 International Tower
229 Peachtree Street, N.E.
Atlanta, GA  30303-1601
Phone:  404-522-4700        *Attorney for Defendant Dow Jones & Company,*
Fax:  404-525-2224           *Inc.*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TERRY LOCKLEAR, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DOW JONES & COMPANY, INC., a Delaware corporation d/b/a WALL STREET JOURNAL LIVE<br><br>    Defendant. | CIVIL ACTION<br>NO. 1:14-CV-00744-MHC |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2014, I electronically filed the foregoing Notice of Supplemental Authority with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Jennifer Auer Jordan
THE JORDAN FIRM, LLC
1447 Peachtree Street, N.E., Suite 880
Atlanta, GA 40409
jennifer@thejordanfirm.com

Jay Edelson
Rafey S. Balabanian
James Dominick Larry
Benjamin H. Richman
EDELSON P.C.

4

350 North LaSalle Drive
Chicago, IL 60654
jedelson@edelson.com
rbalabanian@edelson.com
nlarry@edelson.com
brichman@edelson.com

                                          <u>/s/ Richard H. Sinkfield</u>
                                          Richard H. Sinkfield
                                          Georgia Bar No. 649100

ROGERS & HARDIN LLP                *Counsel for Defendant*
2700 International Tower                 *Dow Jones & Company, Inc.*
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
Telephone:  404-522-4700
Facsimile:   404-525-2224