## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| TERRY LOCKLEAR, individually and<br>on behalf of all others similarly situated, | ) ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:14-cv-00744-MHC |
| | ) | |
| v. | ) | |
| | ) | Honorable Mark H. Cohen |
| | ) | |
| DOW JONES & COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

In further support of its pending Motion to Dismiss Plaintiff's Amended

Complaint (Doc. 14), Defendant, Dow Jones & Company, Inc., hereby submits the

Opinion issued in *In re Nickelodeon Consumer Privacy Litigation*, MDL No. 2443

(SRC) (D.N.J.), on January 20, 2015, a copy of which is attached as Exhibit 1.

Dated: January 21, 2015

Respectfully submitted,
/s/ Richard H. Sinkfield

Natalie J. Spears
Anthony T. Eliseuson
Kristen C. Rodriguez
DENTONS US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
natalie.spears@dentons.com

Richard H. Sinkfield
Georgia Bar No. 649100
Julia B. Stone
Georgia Bar No. 200070
ROGERS & HARDIN, LLP
2700 International Tower
229 Peachtree Street, NE
Atlanta, Georgia 30303
Telephone: (404) 522-4700
Facsimile: (404) 525-2224

anthony.eliseuson@dentons.com          rsinkfield@rh-law.com
kristen.rodriguez@dentons.com          jstone@rh-law.com


*Attorneys for Defendant Dow Jones & Company, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| TERRY LOCKLEAR, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| v. | ) ) | NO. 1:14-CV-00744-MHC |
| DOW JONES & COMPANY, INC., a Delaware corporation d/b/a WALL STREET JOURNAL LIVE | ) ) ) ) ) | |
| Defendant. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 21, 2015, I electronically filed the foregoing

Notice of Supplemental Authority with the Clerk of the Court using the CM/ECF

system, which will send a notice of electronic filing to the following counsel of

record:

Jennifer Auer Jordan
THE JORDAN FIRM, LLC
1447 Peachtree Street, N.E., Suite 880
Atlanta, GA 40409
jennifer@thejordanfirm.com

Jay Edelson
Rafey S. Balabanian
James Dominick Larry
Benjamin H. Richman
EDELSON P.C.
350 North LaSalle Drive
Chicago, IL 60654

jedelson@edelson.com
rbalabanian@edelson.com
nlarry@edelson.com
brichman@edelson.com

                /s/ Richard H. Sinkfield
                Richard H. Sinkfield
                Georgia Bar No. 649100
ROGERS & HARDIN LLP        *Counsel for Defendant*
2700 International Tower     *Dow Jones & Company, Inc.*
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
Telephone:  404-522-4700
Facsimile:   404-525-2224

83718764\V-2