UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TERRY LOCKLEAR, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DOW JONES & COMPANY, INC.,<br><br>　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-744-MHC |

## JUDGMENT

This action having come before the court, the Honorable Mark H. Cohen, United States District Judge, on Defendant's motion to dismiss Plaintiff's Amended Class Action Complaint, and the court having granted said motion, it is

**Ordered and Adjudged** that the complaint is hereby **DISMISSED** with **PREJUDICE.**

Dated at Atlanta, Georgia, this 23rd day of January, 2015.

　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　By:　　s/Jill Ayers
　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 23, 2015
James N. Hatten
Clerk of Court

By:　　s/Jill Ayers
　　　　Deputy Clerk