# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DOCKETING SECTION
**DISTRICT COURT EXECUTIVE**　　　　　　　　　　　　　　　　　　　　　　　　　　　404-215-1655
AND **CLERK OF COURT**

February 18, 2015

John Ley, Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia   30303

　　　　**U.S.D.C. No.:** 1:14-cv-0744-MHC
　　　　**U.S.C.A. No.:** 00-00000-00
　　　　**In re:**　　*Terry Locklear v. Dow Jones & Company, Inc.*

　　Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | **Certified copies of the Notice of Appeal, Docket Sheet, Judgment and Order appealed enclosed.** |
| ___ | This is not the first notice of appeal.  Other notices were filed on: . |
| X | **There is no transcript.** |
| ___ | The court reporter is . |
| ___ | There is sealed material as described below: . |
| ___ | Other: . |
| X | **Fee paid on 2/18/15; Receipt Number 113E-5665354.** |
| ___ | Appellant has been  leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal.  The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is . |
| X | **The United States District Judge is Mark H. Cohen.** |
| ___ | This is a **DEATH PENALTY** appeal. |

　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　James N. Hatten
　　　　　　　　　　　　　　　　　　　　　　　　District Court Executive
　　　　　　　　　　　　　　　　　　　　　　　　and Clerk of Court

　　　　　　　　　　　　　　　　　　　　By:　/s/ Kimberly Carter
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Enclosures