# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 31, 2016

James N. Hatten
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number:  15-10698-AA
Case Style:  Terry Locklear v. Dow Jones & Company, Inc.
District Court Docket No:  1:14-cv-00744-MHC

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: David L. Thomas, AA
Phone #: (404) 335-6169

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 15-10698-AA

_____

TERRY LOCKLEAR,
individually and on behalf of all others similarly situated,

                                        Plaintiff - Appellant,

versus

DOW JONES & COMPANY, INC.,
a Delaware Corporation, d.b.a. Wall Street Journal Live,

                                        Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ENTRY OF DISMISSAL: Pursuant to Appellant Terry Locklear's motion for voluntary
dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered
dismissed on this date, effective March 31, 2016.

AMY C. NERENBERG
Acting Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  David L. Thomas, AA, Deputy Clerk

                                        FOR THE COURT - BY DIRECTION